United States District Court
Southern District of Texas
**ENTERED**
December 27, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| 7 SEAS INTERNATIONAL, INC., § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> NATIONWIDE MUTUAL FIRE § <br> INSURANCE COMPANY, § <br> *Defendant*. § | CIVIL ACTION NO. 4:16-cv-02383 |

### ORDER GRANTING AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Came to be considered the Agreed Stipulation of Dismissal with Prejudice urged by Plaintiff 7 Seas International, Inc. and Defendant Nationwide Mutual Fire Insurance Company. The Court, having read the Agreed Stipulation, is of the opinion that the Stipulation should be, and hereby is, GRANTED.

IT IS THEREFORE ORDERED that all claims made in this lawsuit are hereby dismissed with prejudice to re-filing, and that this matter is CLOSED.

Signed this 27th day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE

1